[No. 45971-0-II.  Division Two.  May 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN GLENN COX, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00914-9, Gary R. Tabor, J., entered March 4, 2014. *Reversed* and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 46235-4-II.  Division Two.  May 27, 2015.]

SHELCON CONSTRUCTION GROUP, LLC, *Respondent*, v. SCOTT M. HAYMOND ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-15838-5, Vicki L. Hogan, J., entered April 11, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.

[No. 25006-7-III.  Division Three.  May 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM J. KRAMER, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 05-1-00015-2, Philip W. Borst, J., entered March 7, 2006. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.